**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

**ARNAUD BABELLO MAHOUKOU**,

    Petitioner,

v.                                      Civil Action No. 7:14-CV-50 (HL)

**FELISHA SKINNER, et al.**,

    Respondents.

**ORDER**

This case is before the Court on a Recommendation from United States Magistrate Judge Stephen Hyles (Doc. 16). Petitioner was released from detention by the Immigration and Customs Enforcement Agency on supervised release on June 26, 2014. Petitioner is not contesting the conditions of his supervised release. Accordingly, the Magistrate recommends that Petitioner's pending application for habeas relief pursuant to 28 U.S.C. § 2241 (Doc. 1) be dismissed as moot.

Plaintiff filed no objections to the Recommendation. The Court reviewed the Recommendation for clear error and finds none. The Recommendation is accepted and adopted. The Court hereby grants Respondents' Supplemental Motion to Dismiss (Doc. 13) and dismisses Petitioner's application for writ of habeas corpus without prejudice. Respondents' initial motion to dismiss (Doc. 9)

is denied as moot. The Court likewise dismisses Petitioner's pending Motion to Appoint Counsel (Doc. 8) as moot.

**SO ORDERED**, this the 20th day of August, 2014.

<u>*s/ Hugh Lawson*</u>
**HUGH LAWSON, SENIOR JUDGE**

aks